## CASE NO. 15-FD-1440

IN THE MATTER OF THE MARRIAGE OF
KAREN SUE WINGATE
AND
JAMES KEITH WINGATE

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 8:14:17 AM
CHRISTOPHER A. PRINE
Clerk

IN THE DISTRICT COURT
**Galveston County - District County Court at Law No2**
**JUDICIAL DISTRICT**
**GALVESTON COUNTY TEXAS**

# SECOND MOTION FOR RECUSAL OF JUDGE
# AND EXPIDITED HEARING

TO THE HONORABLE <u>JUDGE ROBERTS PRESIDING JUDGE</u>
COMES NOW JAMES KEITH WINGATE DEFENDANT In above styled
Case By and through  Undersigned  PRO-SE Counsel
And Files This ***SECOND CONSTITUTIONAL MOTION FOR RECUSAL*** OF
JUDGE AND WOULD SHOW THE COURT AS FOLLOWS:

**1.    INTRODUCTION ARGUMENT AND AUTHORITY**

1) **Mr Wingate was sued for divorce on or about June 16th 2015**
2) **Said case was filed in county court at law number 2 Galveston Texas**
3) **Venue and jurisdiction are correct**

    **Rule 18 Recusal and Disqualification of Judges**
    **18.1 Procedure**
    **(a) *Motion form amd content* A party in a case in A<u>ny trial court</u>**
      **Other than Probate or justice court may seek to Recuse or**
      **Disqualify a Judge who is sitting in the case by filing a motion**
      **with the clerk of the court in which the case is pending**
      **the motion**
      **1. Must be verified**
      **2. Must assert one or more of the rules listed in rule 18.2**
      **3. Must not be based soley on the judges rulings in the case**
      **4. Must state with detail Facts within affiants personal Knowledge**
        **Would  be admissible as evidence and if proven would be sufficent**
        **To justify recusal or Disqualification of the Judge**

    **GROUNDS  RULE 18.2**

**Rule 18.2(b) *Grounds for Recusal. A Judge must Recuse in any proceeding in which***

   **(1) <u>The Judges impartiality might reasonably be questioned</u>**

   **(2) <u>The Judge has a personal bias to subject matter or a Party</u>**

## 2. INTRODUCTION OF FACTS WITH ARGUMENT

Mr. Wingate is in fact a Pro- Se  Litigant not by Choice but
Due to circumstances  including lack of viable income and limited
Resources  from July Second until the date of this filing  He has
witnessed extreme bias on the Part of Judge Baker with remarks
Like youre not helping yourself and you need an attorney
I am constitutionally Guaranteed Just and Equal access under the
Constitution  and the Texas constitution and for an Attorney Biased
and Partial Judge to make remarks and decisions based on this Bias
He must Recluse

## 3.   FACTS OF RULINGS AS IT RELATES TO BIAS
If and when a Judge violates a Standing Order from a Dominant
Jurisdiction without a Dilitory Abatement or an Order Lifting stay
And makes remarks to opposing counsel that he knows why the
Bankruptcy was filed  he violates the Order of the presiding Judge
Shows extreme Bias and subjects the Court to  Mandamus appeal

## 4. MOTIONS BEFORE THE COURT UN -HEARD OR UN-ADRESSED
It is not uncommon for a Judge or Case losing attorney to Suggest
Vexatious Litigant or Frivilous Law suit or Plead any and all  excuses
Yet ignore the term Vexated  to date Mr. wingate has filed a number of
Answers motions writs and a Motion for Mandamus with a second
To follow due to the lack of Prosecution in this cause the correct
Definition of a want of prosecution is not just Supreme court time lines
But the spirit of the Law in examination and definition requires
Correct adherence  to the constitution its statutes divisions
Rules and Procedures  Judges lack of consideration of a current filing
Shows extreme Bias and emergency or expidited are not viewed as
Pro – Se Legitimate  Judges ignoring a Plea for emergency hearing
exhibits Bias and is a Basis for recusal

## 5. AUTHORITY AND REMEDY AS A BASIS FOR RECUSAL
At This writing of Recusal Mr. Wingate would refer the Judge
And Presiding Judge in this matter to a case filed on Sept 29th
2015  and heard October 28th 2015 in Presiding Judges  chambers
Mr. Wingate sought relief Because :With agreement
Upon arrival at the residence he found that His wife Daughter and
Perhaps others  had in fact virtually emptied the house of any and all
Items for the Second time  the Judges Position was  send me an inventory
and contempt will be mover forward to trial  this inordinate Division of Property
Shows extreme bias and is in fact Mandamus Relief viable
Due to this Decision and allowing my Wife to take steal hide procur
and promise items leaving me with nothing to eat with cook with
or have utensils to cook with or eat with she showed abuse of discretion
and bias

## 6. INTENTIONAL DISREGARD OF EXPIDITED MOTION

Mr. Wingate in Fact appeared by telephone on October 28th 2015
Unknown to Mr. Wingate and to the court  that Jana Landry in Violation
Of Rules in sections 3.03 and 3.04 sent Photos of the boxes with other parties
Names written in  Magic Marker and not subject to my wifes divorce
Did in fact in violation of a standing order encourage Her Karen S. Wingate
To contact the Authorities and advise them I had criminally Trespassed
She of Course failed to advise the Deputy that I was there by agreement
This action on their Parts is Sheer Harassment and another example of bias

Mr. Wingate contacted the court coordinator on October 29th 2015
Having filed the Expidited motion and seeking Immediate Remedy
Advised Mr. Wingate of Presiding Judges Sabbitical  and that there
Was a visiting judge  I asked for a hearing he indicated a date of Nov. 2
As a hearing Date the Presiding Judge Called her coordinator and
Upon hearing the Concern she denied any such charge
I was required to Post a Pre Trial Bond and was Arrested and charged
Her honor showed extreme bias Lacked sensitivity to the Plea and denied
Me Hearing  this was not only abuse of discretion but an example of extreme
Bias and Recusal of Associate Judge and Presiding Judge is proper

### PRAYER

 The Plantiff in this Motion Requests Immediate relief and asks the Presiding judge
 Consideration and asks for Immediate Recusal as these violations of Fact and law are
 subject to Mandamus Review and relief and this Motion will be atached to motion for
 Mandamus

Respectfully Submitted
  \s\ James Keith wingate
James Keith Wingate
        Pro – Se
1612 country meadows lane
Santa  Fe Texas  409-457-5147

# ORDER

**Judge : Voluntary Recusal** _____


**Referral to Regional Judge** _____



 **Notice of Service: this Motion to Recuse  will be forwarded to the district clerk Of
Galveston county in accordance with Rules  and has been E filed with said court
on __November 23.  2015__  a true and correct copy will be sent to Jana Landry
 through her e mail service at janalandry@prodigy.net__**


 **Afadavit of Fact  Now appears James Keith Wingate and swears all content in this
motion and all statements made are based on his best recollection of facts experienced
and any and all documents that may be requested or offered have been obtained from my
Personal Records or are the true and correct filings from my hand**


**Sworn November 23rd 2015**

**\s\  James Keith Wingate**